FRANK D'ANGELO et al., Respondents, *v.* 1482 BROADWAY CORPORATION, Appellant.

*D'Angelo* v. *1482 Broadway Corpn.,* 184 App. Div. 881, affirmed.

(Argued March 18, 1920; decided April 13, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 14, 1918, modifying and affirming as modified a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term. The plaintiffs brought this action to compel the defendant to

specifically perform an agreement of lease made and entered into on the 13th day of January, 1914, and bearing date on said day whereby the defendant agreed, among other things, to rent to the plaintiffs certain space therein described, with sufficient light, in the basement and the lobby of the Fitzgerald Building, situate at the southeast corner of Broadway and Forty-third street in the borough of Manhattan, city of New York, for a period of about nine and one-half years from said date, at an annual rental of $600 per annum, and for an injunction and damages.

*Charles A. Winter* for appellant.

*Gustav Lange, Jr., Ralph Barnett* and *Morris Jablow* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, McLAUGHLIN, ANDREWS and ELKUS, JJ.